IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIMMUNE THERAPEUTICS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-06718-MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

By order filed concurrently herewith, the following cases were consolidated for all purposes: (1) Germano v. Aimmune Therapeutics, Inc., Case No. 3:20-cv-06733-MMC ("Germano"); and (2) Bushansky v. Aimmune Therapeutics, Inc., Case No. 3:20-cv-06718 MMC ("Bushansky").  Said order further provides that a "Master File shall be established" in Germano and that Bushansky "shall be administratively closed."  (See Order, filed February 22, 2021, at 1:25-2:1.)

In light thereof, the Court hereby CLOSES Bushansky for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of any action or of any claim made within Bushansky.  Should further proceedings become necessary or desirable in Bushansky, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: February 22, 2021

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge